Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza. Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff The Bank of New York Mellon, as Trustee f/b/o Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2005-10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL F. RICHARDSON AND M. JANE RAMEY TRUST, a Nevada Trust, MICHAEL F. RICHARDSON AND M. JANE RAMEY, as Trustees; REGENT AT TOWN CENTRE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02714-RFB-VCF<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF BNYM'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 24]**<br><br>(FIRST REQUEST) |

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2658
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| 1 | MICHAEL F. RICHARDSON AND M. JANE RAMEY TRUST, a Nevada Trust, through its trustees, MICHAEL F. RICHARDSON and M. JANE RAMEY, |
| | Counterclaimant, |
| | v. |
| | THE BANK OF NEW YORK MELLON, SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2005-10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10, |
| | Counterdefendant, |

Plaintiff and Counterdefendant The Bank of New York Mellon, Successor Trustee to JPMorgan Chase Bank, National Association, as Trustee F/B/O Holders of Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10 ("BNYM"), Defendants/Counterclaim Plaintiffs Michael F. Richardson and M. Jane Jamey Trust, a Nevada Trust; and Michael F. Richardson and M. Jane Ramey, as Trustees; ("Richardson") and Defendant Regent at Town Centre Homeowners' Association ("Regent") (together the "Parties") hereby submit the following Stipulated Motion and Order to Extend Deadline for BNYM's Reply in Support of BNYM's Motion for Summary Judgment [ECF NO. 24]. On January 17, 2018, BNYM filed its Motion for Summary Judgment. On the same day, Regent filed its Motion for Summary Judgment. [ECF No. 25]. On February 6, 2018, both Regent and Richardson filed oppositions to BNYM's Motion for Summary Judgment. [ECF Nos. 26, 27]. On February 7, 2018, BNYM filed an opposition to Regent's Motion for Summary Judgment. [ECF No. 28].

DMWEST #17468684 v2        2

The current deadline for BNYM's Reply in Support of BNYM's Motion for Summary Judgment is Tuesday, February 20, 2018. The Parties have stipulated to the short extension to accommodate the schedules of counsel. The extension is not sought for purposes of prejudice or delay. Accordingly, the Parties hereby request an extension of the deadline for BNYM's Reply in Support of BNYM's Motion for Summary Judgment until **Wednesday, February 28, 2018.**

| | |
|---|---|
| BALLARD SPAHR LLP | LIPSON NEILSON COLE SELTZER & GARIN, P.C. |
| By: */s/ Justin Shiroff* <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> Justin A. Shiroff, Esq. <br> Nevada Bar No. 12869 <br> 1980 Festival Plaza. Suite 900 <br> Las Vegas, Nevada 89135 <br><br> *Attorneys for Plaintiff* | By: */s/ David T. Ochoa* <br> Kaleb D. Anderson, Esq. <br> Nevada Bar No. 7582 <br> David T. Ochoa, Esq. <br> Nevada Bar No. 10414 <br> 9900 Covington Cross Dr., <br> Suite 120 <br> Las Vegas, NV 89144 <br><br> *Attorneys for Regent at Town Centre Homeowners' Association* |

HONG & HONG, P.C.

By: */s/ Joseph Y. Hong*
Joseph Y. Hong, Esq.
Nevada Bar No. 5995
10781 W. Twain Ave.
Las Vegas, NV 89135

*Attorneys for Michael F Richardson and M. Jane Ramey Trust and Michael F. Richardson and M. Jane Ramey*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court
Dated: February 21, 2018.